FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 20 2015

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 6:15CR 34 |
| | § | JUDGE MHS/JDL |
| IKEELI SHAHEEM GREEN | § | |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## COUNT ONE

Violation: 18 U.S.C. §§ 922(g)(1) and 924(a)(2)
(Felon in Possession of a Firearm and Ammunition)

On or about May 17, 2015, in the Eastern District of Texas, the defendant, **Ikeeli Shaheem Green**, having been convicted of an offense punishable by a term of imprisonment exceeding one year, specifically:

Misprision of a Felony, a felony, in Case Number 6:13CR107(01) in the United States District Court, Eastern District of Texas, on December 9, 2014,

did knowingly and intentionally possess a firearm, to wit:

a black Ruger Model LC9, 9mm pistol, serial number 323-05803, together with 5 rounds of 9mm ammunition,

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 18 U.S.C. § 924(d) and & 28 U.S.C. §2461

As a result of committing the felony offense alleged in Count One of this indictment, the defendant shall forfeit to the United States of America pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, all firearms, ammunition and accessories subject to forfeiture based on the aforementioned statutes, including, but not limited to, the following:

A black Ruger Model LC9, 9mm pistol, serial number 323-05803, together with 5 rounds of 9mm ammunition

By virtue of the commission of the offense alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____     5-20-2015
RICHARD L. MOORE              Date
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas   75702
(903) 590-1400
(903) 590-1439 (fax)

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | CRIMINAL NO. 6:15CR_____ |
| | § | JUDGE_____ |
| IKEELI SHAHEEM GREEN | § | |

## NOTICE OF PENALTY

### COUNT ONE

| | |
|---|---|
| Violation: | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felon in possession of a firearm and ammunition) |
| Penalty: | Imprisonment for a term of not more than 10 years, a fine not to exceed $250,000, or both. A term of supervised release of not more than 3 years in addition to such term of imprisonment. |
| Special Assessment: | $100.00 |